# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   VLADAE VAITEKONIS<br>   NICOLE F. VAITEKONIS<br>       Debtors | Case No.:18-10824<br>Chapter 13 |

### ORDER

The debtor having moved for an extension of time to file the schedules, statement of affairs and plan as required by Bankruptcy Rule 1007(b),

Now, upon the application of the debtor dated February 21, 2018, and cause having been shown therefore,

It is hereby ordered that the time of the debtor herein to file the schedules, statements of financial affairs, and plan required by Bankruptcy Rule 1007(b) is extended for an additional 14 days until March 6, 2018.

DATED:  
**Date: February 22, 2018**

_____  
UNITED STATES BANKRUPTCY JUDGE