United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-10824-ref
Vladas Vaitekonis                                               Chapter 13
Nicole F Vaitekonis
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Lisa              Page 1 of 1             Date Rcvd: Feb 22, 2018
                              Form ID: pdf900         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2018.
db/jdb         +Vladas Vaitekonis,   Nicole F Vaitekonis,   4843 Maple St,   Bangor, PA 18013-4707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2018 02:04:46      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2018 at the address(es) listed below:
              ALEXANDER G. TUTTLE    on behalf of Joint Debtor Nicole F Vaitekonis agt@tuttlelegal.com,
               allie@tuttlelegal.com
              ALEXANDER G. TUTTLE    on behalf of Debtor Vladas  Vaitekonis agt@tuttlelegal.com,
               allie@tuttlelegal.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 5

# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    VLADAE VAITEKONIS
    NICOLE F. VAITEKONIS
         Debtors

Case No.:18-10824
Chapter 13

### ORDER

The debtor having moved for an extension of time to file the schedules, statement of affairs and plan as required by Bankruptcy Rule 1007(b),

Now, upon the application of the debtor dated February 21, 2018, and cause having been shown therefore,

It is hereby ordered that the time of the debtor herein to file the schedules, statements of financial affairs, and plan required by Bankruptcy Rule 1007(b) is extended for an additional 14 days until March 6, 2018.

DATED:
**Date: February 22, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE