United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 18-10824-ref
Vladas Vaitekonis                                                           Chapter 13
Nicole F Vaitekonis
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa              Page 1 of 2              Date Rcvd: Apr 11, 2018
                            Form ID: 152            Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2018.
```
db/jdb         +Vladas Vaitekonis,    Nicole F Vaitekonis,    4843 Maple St,    Bangor, PA 18013-4707
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14084087        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14052176       +Amex,   PO Box 1270,    Newark, NJ 07101-1270
14052175       +Amex,   Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
14087581        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14052178        Chase Card,    Attn: Correspondence,    Dept Po Box 15298,    Wilmington DE 19850
14052179       +Citibank,    Citicorp Cr Srvs/Centralized Bankruptcy,    PO Box 790040,    St Louis MO 63179-0040
14052180       +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized,    Bankruptcy,    PO Box 790040,
                 St Louis MO 63179-0040
14052181       +Citicards Cbna,    Citicorp Credit Svc/Centralized,    Bankrupt,    PO Box 790040,
                 Saint Louis MO 63179-0040
14052182       +Citizens Bank,    Attention: ROP-15B,    1 Citizens Drive,    Riverside RI 02915-3019
14072118       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3019
14056997       +Quicken Loans Inc.,    KML Law Group, P.C.,    710 Market Street, Suite 5000,
                 Philadelphia, PA 19106-2312
14085960        SST,Inc. as agent for CIGPF I CORP,    4515 Pickett Road,    St. Joseph, MO  64503
14052190       +SST/Columbus Bank & Trust,    Attn: Bankruptcy Dept,    PO Box 3997,    St Joseph MO 64503-0997
14052192       +Us Dept Of Ed/Great Lakes,    Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
                 Madison WI 53704-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 12 2018 01:37:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 12 2018 01:37:33      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 01:35:13       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
14058517       +E-mail/Text: bankruptcy@cavps.com Apr 12 2018 01:37:31       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14052177       +E-mail/Text: bk.notifications@jpmchase.com Apr 12 2018 01:37:16       Chase Auto Finance,
                 National Bankruptcy Dept,    201 N Central Ave Ms,    Az1-1191,    Phoenix AZ 85004-8001
14052183       +E-mail/PDF: creditonebknotifications@resurgent.com Apr 12 2018 01:35:04       Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
14057269        E-mail/Text: mrdiscen@discover.com Apr 12 2018 01:37:10       Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14052184       +E-mail/Text: mrdiscen@discover.com Apr 12 2018 01:37:10       Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14052185       +E-mail/Text: cio.bncmail@irs.gov Apr 12 2018 01:37:13       IRS,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14052186       +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 12 2018 01:37:11       Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee WI 53201-3043
14052187       +E-mail/Text: bk@lendingclub.com Apr 12 2018 01:37:40       Lending Club Corp,    71 Stevenson St,
                 Suite 300,    San Francisco CA 94105-2985
14052188       +E-mail/PDF: pa_dc_claims@navient.com Apr 12 2018 01:35:23       Navient,    Attn: Bankruptcy,
                 Po Box 9500,    Wilkes-Barr, PA 18773-9500
14068295        E-mail/Text: bnc-quantum@quantum3group.com Apr 12 2018 01:37:17
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14052189       +E-mail/Text: bankruptcyteam@quickenloans.com Apr 12 2018 01:37:32       Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
14088223       +E-mail/Text: bankruptcyteam@quickenloans.com Apr 12 2018 01:37:32       Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
14052897       +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 01:35:22       Synchrony Bank,
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14052191       +E-mail/PDF: gecsedi@recoverycorp.com Apr 12 2018 01:35:22       Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando FL 32896-5060
                                                                                               TOTAL: 17
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14084090*       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14084132*       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
                                                                                      TOTALS: 0, * 2, ## 0
```

```
District/off: 0313-4          User: Lisa              Page 2 of 2              Date Rcvd: Apr 11, 2018
                              Form ID: 152            Total Noticed: 37
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2018 at the address(es) listed below:
```
          ALEXANDER G. TUTTLE    on behalf of Joint Debtor Nicole F Vaitekonis agt@tuttlelegal.com,
           allie@tuttlelegal.com
          ALEXANDER G. TUTTLE    on behalf of Debtor Vladas  Vaitekonis agt@tuttlelegal.com,
           allie@tuttlelegal.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Vladas Vaitekonis and Nicole F Vaitekonis

    Debtor(s)

Case No: 18−10824−ref

Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Richard E. Fehling

, United States Bankruptcy Court 6/5/18 at 09:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

19
Form 152