UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                    :

VLADAS   VAITEKONIS
NICOLE F   VAITEKONIS

                                                                  : Bankruptcy No. 18-10824REF
Debtor(s)                                                          : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: December 20, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

ALEXANDER G TUTTLE, ESQ
TUTTLE LEGAL
2303 N BROAD ST, STE 2
COLMAR PA 18915-

VLADAS   VAITEKONIS
NICOLE F   VAITEKONIS
4843 MAPLE ST
BANGOR,PA.18013